IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA/
INTERNAL REVENUE SERVICE,

      Petitioners,

v.                                                  Civil No. 20-mc-00016-KWR

WALTER SEIDEL, JR. and BRENDA SEIDEL,

      Respondents.

**NOTICE AND ORDER RESETTING THE
ORDER TO SHOW CAUSE FOR ZOOM HEARING**

**NOTICE IS HEREBY GIVEN THAT:**

    1.    Due to the proliferation of COVID-19 in the State of New Mexico, the Order to Show Cause Hearing set pursuant to the *Order Resetting the Order to Show Cause Hearing and Directing the Respondents to Comply* (Doc. 8) entered by the Court on **October 13, 2020** will be held via Zoom instead of in-person. Zoom information shall be provided to both parties by the Court by e-mail and/or service of process.

    2.    The Respondents shall appear before the United States District Court for the District of New Mexico via Zoom on **Monday, December 14, 2020** at **2:30 p.m.** to determine if they have complied with the Court's previous order to disclose the information requested set forth in Petitioner's *Petition to Enforce IRS Summonses* (Doc. 1).

    3.    A copy of this Notice and Order shall be personally served upon each Respondent by the Petitioner, unless an attorney has entered an appearance for them. If the Respondents are unable to participate via Zoom, or require the assistance of the Court to facilitate their

appearances by Zoom, it shall be their responsibility to directly contact chambers to advise the Court of their inability to participate via Zoom and to remedy any issues before the hearing.

    4.    All other provisions of *Order Resetting the Order to Show Cause Hearing and Directing the Respondents to Comply* (Doc. 8) entered by the Court on **October 13, 2020** remain unchanged and in full force and effect.

**IT IS SO ORDERED.**

**DATED** this **30TH DAY** of **NOVEMBER 2020.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE