# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA/
INTERNAL REVENUE SERVICE,

      Petitioners,

      v.

No.-20-mc-00016-KWR

WALTER SEIDEL, JR., and BRENDA SEIDEL,

      Respondents.

## ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon Petitioners' Motion to Dismiss (Doc. 20), the Court having read the motion and being fully advised in the premises finds that the motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the hearing on order to show cause set for **June 14, 2021**, is **VACATED** and this case is **DISMISSED WITH PREJUDICE.**

Signed this **28TH** day of **MAY 2021.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Manuel Lucero 5/28/21*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Petitioners